IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LEE ROY WOOD,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>DEVON BLOOD,<br><br>　　　　　　Respondent. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 4:21-CV-81-DN<br><br>District Judge David Nuffer |

　　　　Petitioner, Lee Roy Wood, filed a habeas-corpus petition. He now moves for dismissal. Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the [petitioner's] request."

　　　　Good cause appearing, IT IS HEREBY ORDERED that Petitioner's motion is GRANTED. (ECF No.4.) The action is DISMISSED WITHOUT PREJUDICE.

　　　　Dated November 1, 2021.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　David Nuffer
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge